1  WILLIAM F. SULLIVAN (SB# 78353)
   williamsullivan@paulhastings.com
2  JOHN S. DURRANT (SB# 217345)
   johndurrant@paulhastings.com
3  KATHRYN C. WANNER (SB# 269310)
   kathrynwanner@paulhastings.com
4  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   515 South Flower Street
5  Twenty-Fifth Floor
   Los Angeles, CA  90071-2228
6  Telephone:  (213) 683-6000
   Facsimile:  (213) 627-0705
7
   Attorneys for Defendants
8  The Bear Stearns Companies LLC; J.P. Morgan
   Securities LLC; and J.P. Morgan Clearing Corp.
9

10              UNITED STATES DISTRICT COURT

11              CENTRAL DISTRICT OF CALIFORNIA

12

13 | Vivine H. Wang,                          | CASE NO. CV11-02624 PSG (SSx)

14 |              Plaintiff,                   | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY DEFENDANTS THE BEAR**

15 |        vs.                                | **STEARNS COMPANIES LLC, J.P.**

16 | The Bear Stearns Companies LLC            | **MORGAN SECURITIES LLC, AND**

17 | (formerly known as The Bear Stearns       | **J.P. MORGAN CLEARING CORP.**
   | Companies, Inc.); J.P. Morgan
18 | Securities LLC (formerly known as
   | Bear, Stearns & Co., Inc.); J.P. Morgan   | Judge:     Hon. Philip S. Gutierrez
19 | Clearing Corp. (formerly known as         | Dept.      880
   | Bear, Stearns Securities Corp.);
20 | Deloitte & Touche LLP; Alan D.            | Complaint Filed:   March 29, 2011
   | Schwartz; Alan C. Greenberg; Joey         | Trial Date:        TBD
21 | Zhou; Garrett Bland,

22 |              Defendants.

23

24

25

26

27

28

.                                              CERTIFICATION OF
                                               INTERESTED PARTIES

1  **TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF**

2  **RECORD:**

3

4           The undersigned, counsel of record for defendants The Bear Stearns

5  Companies LLC, J.P. Morgan Securities LLC, and J.P. Morgan Clearing Corp. (the

6  "Bear Stearns Defendants"), certifies that the following listed party (or parties) may

7  have a pecuniary interest in the outcome of this case.  These representations are

8  made to enable the Court to evaluate possible disqualification or recusal.  Pursuant

9  to Federal Rule of Civil Procedure 7.1, the Bear Stearns Defendants hereby disclose

10 that:

11          The Bear Stearns Companies LLC and J.P. Morgan Clearing Corp. are

12 wholly owned subsidiaries of JPMorgan Chase & Co.

13           J.P. Morgan Securities LLC (f/k/a J.P. Morgan Securities Inc., f/k/a

14 Bear, Stearns & Co.) states that J.P. Morgan Securities LLC is a wholly owned

15 subsidiary of J.P. Morgan Broker-Dealer Holdings Inc., which is a wholly owned

16 subsidiary of JPMorgan Chase & Co.

17          JPMorgan Chase & Co. is a publicly held company.  No publicly held

18 corporation owns ten percent (10%) or more of JPMorgan Chase & Co.'s stock.

19 DATED:  April 18, 2011          WILLIAM F. SULLIVAN
                                   JOHN S. DURRANT
20                                 KATHRYN C. WANNER
                                   PAUL, HASTINGS, JANOFSKY & WALKER LLP
21

22
                                   By:    /s/ John S. Durrant
23                                         JOHN S. DURRANT

24                                 Attorneys for Defendants
                                   The Bear Stearns Companies LLC; J.P. Morgan
25                                 Securities LLC; and J.P. Morgan Clearing Corp.

26

27

28

LEGAL_US_W # 67741534.1                    -1-                    CERTIFICATION OF
                                                                 INTERESTED PARTIES