| | |
|---|---|
| 1 | WILLIAM F. SULLIVAN (SB# 78353) |
|  | williamsullivan@paulhastings.com |
| 2 | JOHN S. DURRANT (SB# 217345) |
|  | johndurrant@paulhastings.com |
| 3 | KATHRYN C. WANNER (SB# 269310) |
|  | kathrynwanner@paulhastings.com |
| 4 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
|  | 515 South Flower Street |
| 5 | Twenty-Fifth Floor |
|  | Los Angeles, CA 90071-2228 |
| 6 | Telephone: (213) 683-6000 |
|  | Facsimile: (213) 627-0705 |

Attorneys for Defendants
The Bear Stearns Companies LLC; J.P Morgan Securities LLC; and J.P. Morgan Clearing Corp.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Vivine H. Wang, | CASE NO. CV11-02624 PSG (SSx) |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | |
| The Bear Stearns Companies LLC (formerly known as The Bear Stearns Companies, Inc.); J.P. Morgan Securities LLC (formerly known as Bear, Stearns & Co., Inc.); J.P. Morgan Clearing Corp. (formerly known as Bear, Stearns Securities Corp.); Deloitte & Touche LLP; Alan D. Schwartz; Alan C. Greenberg; Joey Zhou; Garrett Bland, | Judge: Hon. Philip S. Gutierrez<br>Dept. 880<br><br>Complaint Filed: March 29, 2011<br>Trial Date: TBD |
| Defendants. | |

NOTICE OF APPEARANCE

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE THAT** William F. Sullivan, John S. Durrant, and Kathryn C. Wanner of the law firm Paul, Hastings, Janofsky & Walker LLP hereby appear as counsel in the above-captioned case on behalf of defendants The Bear Stearns Companies LLC; J.P. Morgan Securities LLC; and J.P. Morgan Clearing Corp. ("Defendants"). We respectfully request that all notices, pleadings, orders, and/or other documents in this case be served upon their counsel as follows:

>William F. Sullivan
>williamsullivan@paulhastings.com
>
>John S. Durrant
>johndurrant@paulhastings.com
>
>Kathryn C. Wanner
>kathrynwanner@paulhastings.com
>
>PAUL, HASTINGS, JANOFSKY & WALKER, LLP
>515 S. Flower Street, 25th Floor
>Los Angeles, CA 90071
>(213) 683-6000
>(213) 627-0705 (facsimile)

This appearance is without prejudice to the Defendants raising any defense, including, without limitation, defenses relating to jurisdiction, venue, and arbitrability.

DATED:  April 18, 2011       WILLIAM F. SULLIVAN
                             JOHN S. DURRANT
                             KATHRYN C. WANNER
                             PAUL, HASTINGS, JANOFSKY & WALKER LLP


                             By:   /s/ John S. Durrant
                                   JOHN S. DURRANT

                             Attorneys for Defendants
                             The Bear Stearns Companies LLC; J.P Morgan
                             Securities LLC; and J.P. Morgan Clearing Corp.