WILLIAM F. SULLIVAN (SB# 78353)
williamsullivan@paulhastings.com
JOHN S. DURRANT (SB# 217345)
johndurrant@paulhastings.com
KATHRYN C. WANNER (SB# 269310)
kathrynwanner@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

Attorneys for Defendants
The Bear Stearns Companies LLC; J.P. Morgan Securities LLC; and J.P. Morgan Clearing Corp.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Vivine H. Wang,<br><br>Plaintiff,<br><br>vs.<br><br>The Bear Stearns Companies LLC (formerly known as The Bear Stearns Companies, Inc.); J.P. Morgan Securities LLC (formerly known as Bear, Stearns & Co., Inc.); J.P. Morgan Clearing Corp. (formerly known as Bear, Stearns Securities Corp.); Deloitte & Touche LLP; Alan D. Schwartz; Alan C. Greenberg; Joey Zhou; Garrett Bland,<br><br>Defendants. | CASE NO. CV11-02624 PSG (SSx)<br><br>**[PROPOSED[ ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR A STAY AND AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**<br><br>[Ex Parte Application and Declaration of J. Durrant filed and served concurrently herewith]<br><br>Judge: Hon. Philip S. Gutierrez<br>Dept. 880<br>Complaint Served : April 4, 2011<br>Current Response Date: April 25, 2011<br>New Response Date: TBD<br><br>Trial Date:         TBD |

# [PROPOSED] ORDER

WHEREAS the United States Judicial Panel on Multidistrict Litigation ("MDL Panel") issued a Conditional Transfer Order ("CTO") on April 11, 2011 transferring this matter to the United States District Court for the Southern District of New York for coordinated or consolidated proceedings with *In re: The Bear Stearns Companies Inc. Securities, Derivative and Employee Retirement Income Security Act (ERISA) Litigation*, MDL No. 1963 (the "Bear Stearns MDL Litigation").;

WHEREAS, on April 18, 2011 plaintiff Vivine H. Wang ("Plaintiff") filed a notice of opposition to the CTO with the Clerk of the MDL Panel, and Plaintiff's motion to vacate the CTO and brief in support thereof are due on May 2, 2011, and the defendants' response is due on May 24, 2011;

WHEREAS, Defendants have applied *ex parte* for a stay of proceedings pending the final resolution of the CTO, and for an extension of time to answer or otherwise respond to the Complaint of thirty (30) days after the final resolution of the CTO;

WHEREAS, good cause exists to stay this action until such time as the Plaintiff's opposition to the CTO is resolved;

WHEREAS, good cause exists to grant defendants The Bear Stearns Companies LLC, J.P. Morgan Securities LLC, J.P. Morgan Clearing Corp., and Deloitte & Touche ("Defendants") thirty (30) days after a final determination of the CTO in which to answer or otherwise respond to the Complaint;

-1-   [PROPOSED] ORDER GRANTING APPLICATION FOR A STAY AND EXTENSION OF TIME

1    It is hereby ORDERED that this action is STAYED in its entirety
pending the final determination of the CTO; and if the CTO is vacated, Defendants
have thirty (30) days after the CTO is vacated to answer or otherwise respond to the
Complaint.

IT IS SO ORDERED.

DATED:

By:_____
Hon. Philip S. Gutierrez
United States District Court Judge

LEGAL_US_W # 67804933.1