ROWAN D. WILSON (Bar No. 118488)
rwilson@cravath.com
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Telephone (212) 474-1000
Facsimile (212) 474-3700

Attorneys for Defendant
Deloitte & Touche LLP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Vivine H. Wang,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>The Bear Stearns Companies LLC (formerly known as The Bear Stearns Companies, Inc.); J.P. Morgan Securities LLC (formerly known as Bear, Stearns & Co., Inc.); J.P. Morgan Clearing Corp. (formerly known as Bear, Stearns Securities Corp.); Deloitte & Touche LLP; Alan D. Schwartz; Alan C. Greenberg; Joey Zhou; Garrett Bland,<br><br>　　　　　　Defendants. | CASE NO. CV11-02624 PSG (SSx)<br><br>**JOINDER OF DEFENDANT DELOITTE & TOUCHE LLP IN EX PARTE APPLICATION FOR A STAY AND AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT** |

　　Defendant Deloitte & Touche LLP hereby joins in defendants THE BEAR STEARNS COMPANIES LLC, J.P. MORGAN SECURITIES LLC and J.P. MORGAN CLEARING CORP.'s Ex Parte Application for a Stay and an Extension of Time to Respond to the Complaint.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dated: April 21, 2011

CRAVATH, SWAINE & MOORE LLP,

by
  /s/ Rowan D. Wilson
  Rowan D. Wilson (Bar No. 118488)
  A member of the firm

Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000 (p)
(212) 474-3700 (f)
rwilson@cravath.com

Attorneys for Defendant
Deloitte & Touche LLP