| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | GHODS LAW FIRM<br>Mohammed K. Ghods (SBN 144616)<br>William A. Stahr (SBN 167870)<br>Jeremy A. Rhyne SBN 217378)<br>2100 N. Broadway, Ste. 300<br>Santa Ana, CA  92706<br>Telephone:    (714) 558-8580<br>Facsimile:    (714) 558-8579<br><br>Attorney for Plaintiff<br>*VIVINE H. WANG*              E-FILED 04/22/11 |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVINE H. WANG, an individual,<br><br>              Plaintiff,<br><br>         v.<br><br>THE BEAR STEARNS COMPANIES LLC, a Delaware limited liability company formerly known as The Bear Stearns Companies Inc.; J.P. MORGAN SECURITIES LLC, a Delaware limited liability company formerly known as Bear, Stearns & Co., Inc.; J.P. MORGAN CLEARING CORP, a Delaware corporation formerly known as Bear, Stearns Securities Corp.; DELOITTE & TOUCHE LLP, a limited liability partnership; ALAN D. SCHWARTZ, an individual; ALAN C. GREENBERG, an individual; JOEY ZHOU, an individual; and GARRETT BLAND, an individual,<br><br>              Defendants. | Case No.  CV11-02624 PSG (SSx)<br><br>[Assigned by all Purposes to the Honorable Philip S. Gutierrez]<br><br>**PLAINTIFF'S [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER ON DEFENDANTS' *EX PARTE* APPLICATION FOR A STAY AND/OR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

Having considered Defendants' *Ex Parte* Application and papers in support or opposition thereto, and good cause appearing therefore,

- 1 -

**PLAINTIFF'S [PROPOSED] ORDER**

1     **IT IS HEREBY ORDERED THAT** Defendants *Ex* Parte Application for a Stay and an Extension of Time to Respond to the Complaint is DENIED in part and GRANTED in part as described below:

    1.    Defendants Application for a Stay is DENIED.

    2.    Defendants Application for Extension of Time is GRANTED based on Defendants' agreement with Plaintiff. The time for Defendants The Bear Stearns Companies LLC; J.P. Morgan Securities LLC; J.P. Morgan Clearing Corp; and Deloitte & Touche LLP to respond to the Complaint in the above-captioned case is extended sixty (60) days to and including **June 24, 2011**.

    **IT IS SO ORDERED.**

DATED: April 22, 2011

                                          Honorable Philip S. Gutierrez
                                          U.S. DISTRICT COURT JUDGE

**PLAINTIFF'S [PROPOSED] ORDER**