1  WILLIAM F. SULLIVAN (SB# 78353)
   williamsullivan@paulhastings.com
2  JOHN S. DURRANT (SB# 217345)
   johndurrant@paulhastings.com
3  KATHRYN C. WANNER (SB# 269310)
   kathrynwanner@paulhastings.com
4  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   515 South Flower Street
5  Twenty-Fifth Floor
   Los Angeles, CA  90071-2228
6  Telephone:  (213) 683-6000
   Facsimile:  (213) 627-0705
7
   Attorneys for Defendants
8  The Bear Stearns Companies LLC; J.P. Morgan
   Securities LLC; J.P. Morgan Clearing Corp.; Alan C.
9  Greenberg; Joe Yi Zhou; and Garrett Bland

10

11              UNITED STATES DISTRICT COURT

12              CENTRAL DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| Vivine H. Wang, | CASE NO. CV11-02624 PSG (SSx) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING INDIVIDUAL DEFENDANTS' JOINT EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT** |
| vs. | |
| The Bear Stearns Companies LLC (formerly known as The Bear Stearns Companies, Inc.); J.P. Morgan Securities LLC (formerly known as Bear, Stearns & Co., Inc.); J.P. Morgan Clearing Corp. (formerly known as Bear, Stearns Securities Corp.); Deloitte & Touche LLP; Alan D. Schwartz; Alan C. Greenberg; Joey Zhou; Garrett Bland, | [Joint *Ex Parte* Application and Declaration of J. Durrant filed and served concurrently herewith]<br><br>Judge:  Hon. Philip S. Gutierrez<br>Dept.  880<br>Complaint Served: April 22, 24, and 28, 2011<br>Current Response Date(s):  May 13, 16, and 19, 2011:<br>New Response Date:  TBD |
| Defendants. | Trial Date:  TBD |

                                      [PROPOSED] ORDER GRANTING
                              APPLICATION FOR AN EXTENSION OF TIME

# [PROPOSED] ORDER

WHEREAS on April 22, 2011 this Court granted in part and denied in part defendants The Bear Stearns Companies LLC, J.P. Morgan Securities LLC, J.P. Morgan Clearing Corp., and Deloitte & Touche LLP's ("Corporate Defendants") *ex parte* Application For a Stay and An Extension of Time, extending the Corporate Defendants' time to respond to the Complaint in the above-captioned matter to and until June 24, 2011;

WHEREAS, on April 22, 2011 plaintiff served defendant Joe Yi Zhou in this matter, making his deadline to answer or otherwise respond to the Complaint May 13, 2011;

WHEREAS, on April 24, 2011 plaintiff served defendant Garrett Bland in this matter, making his deadline to answer or otherwise respond to the Complaint May 16, 2011;

WHEREAS on April 28, 2011 plaintiff served defendant Alan D. Schwartz in this matter, making his deadline to answer or otherwise respond to the Complaint May 19, 2011;

WHEREAS upon counsel for defendant Greenberg's information and belief, Plaintiff served Greenberg no earlier than April 22, 2011, making his response due no earlier than May 13, 2011;

WHEREAS, defendants Joe Yi Zhou, Garrett Bland, Alan C. Greenberg, and Alan D. Schwartz ("Individual Defendants") have jointly applied *ex*

*parte* for an extension of time to answer or otherwise respond to the Complaint to and until June 24, 2011;

WHEREAS, good cause exists to grant Individual Defendants to and until June 24, 2011 in which to answer or otherwise respond to the Complaint;

It is hereby ORDERED that the Individual Defendants have to and until June 24, 2011 to answer, move against, or otherwise respond to the Complaint.

IT IS SO ORDERED.

DATED:

By:_____
Hon. Philip S. Gutierrez
United States District Court Judge

LEGAL_US_W # 67925555.1