| | |
|---|---|
| 1 | GHODS LAW FIRM |
| | Mohammed K. Ghods (SBN 144616) |
| 2 | William A. Stahr (SBN 167870) |
| | Jeremy A. Rhyne SBN 217378) |
| 3 | 2100 N. Broadway, Ste. 300 |
| | Santa Ana, CA  92706 |
| 4 | Telephone:   (714) 558-8580 |
| | Facsimile:    (714) 558-8579 |
| 5 | |
| 6 | Attorney for Plaintiff |
| | *VIVINE H. WANG* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVINE H. WANG, an individual, | Case No.  CV11-02624 PSG (SSx) |
| Plaintiff, | [Assigned by all Purposes to the Honorable Philip S. Gutierrez |
| v. | |
| THE BEAR STEARNS COMPANIES LLC, a Delaware limited liability company formerly known as The Bear Stearns Companies Inc.; J.P. MORGAN SECURITIES LLC, a Delaware limited liability company formerly known as Bear, Stearns & Co., Inc.; J.P. MORGAN CLEARING CORP, a Delaware corporation formerly known as Bear, Stearns Securities Corp.; DELOITTE & TOUCHE LLP, a limited liability partnership; ALAN D. SCHWARTZ, an individual; ALAN C. GREENBERG, an individual; JOEY ZHOU, an individual; and GARRETT BLAND, an individual, | **PROOF OF PERSONAL SERVICE OF ALAN C. GREENBERG** |
| Defendants. | |

- 1 -

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Mohammed K. Ghods (SBN 144616)<br>GHODS LAW FIRM<br>2100 N. Broadway, Suite 300<br>Santa Ana, CA 92706<br>TELEPHONE NO: (714) 558-8580   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiff | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF |
|---|
| STREET ADDRESS: |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: |
| BRANCH NAME: USDC - CENTRAL DISTRICT OF CALIFORNIA |

| PLAINTIFF/PETITIONER: VIVINE H. WANG | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: THE BEAR STEARNS COMPANIES LLC | CV11 02624 PA SSx |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>Wang v. The Bear Stearns |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [✓] other *(specify documents)*: see attached list of served documents
3. a. Party served *(specify name of party as shown on documents served)*:
   ALAN C. GREENBERG, an individual

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served:
   4 EAST 66TH STREET, NEW YORK, NY 10165
5. I served the party *(check proper box)*
   a. [ ] by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:           (2) at *(time)*:
   b. [✓] by substituted service. On *(date)*: 04-25-11 at *(time)*: 12:12  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
   TOM BOER, DOOR MAN
   
   (1) [ ] (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   
   (2) [✓] (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   
   (3) [ ] (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
   
   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:       from *(city)*:             or [✓] a declaration of mailing is attached.
   
   (5) [✓] I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | PROOF OF SERVICE OF SUMMONS | Code of Civil Procedure, § 417.10 |

| PLAINTIFF/PETITIONER: VIVINE H. WANG | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: THE BEAR STEARNS COMPANIES LLC | CV11 02624 PA SSx |

5. c. ☐ by mail and acknowledgment of receipt of service. I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date)*:                    (2) from *(city)*:

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ by other means *(specify means of service and authorizing code section)*:

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☑ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify)*:
      under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)                ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)        ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership) ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)              ☐ 415.46 (occupant)
                                            ☐ other:

7. Person who served papers
   a. Name: PETER FELDMAN
   b. Address: Nationwide Legal, LLC, 820 N. Parton Street, 2nd Floor, Santa Ana, CA 92702
   c. Telephone number: (714) 558-2400
   d. The fee for service was: $ 225.00
   e. I am:
      (1) ☑ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ a registered California process server:
         (i) ☐ owner ☐ employee ☐ independent contractor.
         (ii) Registration No.:
         (iii) County:

8. ☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: May 4, 2011

PETER FELDMAN                    2290084
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                              (SIGNATURE)

| DILIGENCE OF DUE ATTEMPTS | FOR COURT USE ONLY |
|---|---|
| MOHAMMED K. GHODS (State Bar No. 144616)<br>GHODS LAW FIRM<br>2100 N. Broadway, Suite 300<br>Santa Ana, California 92706<br>Tel. No: (714) 558-8580<br>Attorney For: Plaintiff | |
| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CASE No.<br>CV11 02624 PA SSx |
| VIVINE H. WANG vs. THE BEAR STEARNS COMPANIES LLC | REF No.<br>Wang vs. The Bear Stearns |

I am over the age of eighteen and have personal knowledge of the foregoing facts listed below. After due and diligent effort, we have been unable to effect personal service on the within named party.

**PARTY SERVED**
ALAN C. GREENBERG, an individual

**DOCUMENTS TO BE SERVED**
SEE ATTACHED LIST OF SERVED DOCUMENTS

**ADDRESS DATES AND TIMES ATTEMPTED**
4 EAST 66TH STREET, NEW YORK, NY 10165

| | |
|---|---|
| 4-20-11 @ 7:50 P.M. | PER THE DOOR MAN NO ONE WAS HOME AT THE RESIDENCE. |
| 04-22-11 @ 3:19 P.M. | NO ANSWER AT THE DOOR. |
| 04-25-11 @ 12:12 P.M. | sub-served with TOM BOER, DOOR MAN. |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 4, 2011

Signature: _____
PETER FELDMAN-Process Server
Service Provided for:
Nationwide Legal LLC
820 North Parton Street (LA 6771)
Santa Ana, CA 92701
(714) 558-2400
Ctrl. No.: 2290084

2290084

ATTACHMENT

UNITED STATES DISTRICT COURT
CENTRAL DESTRICT OF CALIFORNIA


VIVINE H. WANG vs. THE BEAR STEARNS COMPANIES LLC
CASE No.: CV11 02624 PA SSx


### 'LIST OF DOCUMENTS SERVED'

1. SUMMONS

2. ADDITIONAL PARTIES ATTACHMENT (Attachment to Summons)

3. COMPLAINT

4. CIVIL COVER SHEET

5. CERTIFICATION AND NOTICE OF INTERESTED PARTIES

6. NOTICE OF CASE ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

7. NOTICE TO COUNSEL

8. CLERK'S OFFICE SERVICES FOR ATTORNEYS AND THE GENERAL PUBLIC

9. CIVILITY AND PROFESSIONALISM GUIDELINES

10. ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 08-05 (Related Cases)

11. STANDING ORDER REGARDING NEWLY ASSIGNED CASES

12. RULE 7.1 NOTICE OF POTENTIAL TAG-ALONG ACTION

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

VIVINE H. WANG vs. THE BEAR STEARNS COMPANIES LLC
CASE No.: CV11 02624 PA SSx

## PROOF OF MAILING

I am Employed in the City of Santa Ana County of Orange, State of California. I am over the age of 18 and not a party to within action. My business address is 820 N. Parton Street, Suite 203, Santa Ana, CA 92701.

On April 25, 2011 I completed service by mailing the document(s) described as SUMMONS; ADDITIONAL PARTIES ATTACHMENT (Attachment to Summons); COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE OF CASE ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY; NOTICE TO COUNSEL; CLERK'S OFFICE SERVICES FOR ATTORNEYS AND THE GENERAL PUBLIC; CIVILITY AND PROFESSIONALISM GUIDELINES; ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 08-05 (Related Cases); STANDING ORDER REGARDING NEWLY ASSIGNED CASES; RULE 7.1 NOTICE OF POTENTIAL TAG-ALONG ACTION by placing a copy thereof in a sealed envelope, with fully prepaid postage thereon for first class mail, in the U.S. Mail from Santa Ana. The envelope(s) were addressed as follows:

**ALAN C. GREENBERG, an individual**
**4 EAST 66TH STREET, NEW YORK, NY 10165**

Reference: 2290084

I declare under Penalty of Perjury under the laws of the State of California that the above is true and correct and was executed on April 25, 2011 at Santa Ana, California.

RICKY ARGUMEDO