```
 1  WILLIAM F. SULLIVAN (SB# 78353)
    williamsullivan@paulhastings.com
 2  JOHN S. DURRANT (SB# 217345)
    johndurrant@paulhastings.com
 3  KATHRYN C. WANNER (SB# 269310)
    kathrynwanner@paulhastings.com
 4  PAUL, HASTINGS, JANOFSKY & WALKER LLP
    515 South Flower Street
 5  Twenty-Fifth Floor
    Los Angeles, CA  90071-2228
 6  Telephone:  (213) 683-6000
    Facsimile:  (213) 627-0705
 7
    Attorneys for Defendants
 8  The Bear Stearns Companies LLC; J.P. Morgan
    Securities LLC; J.P. Morgan Clearing Corp.; Alan C.
 9  Greenberg; Joe Yi Zhou; and Garrett Bland
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Vivine H. Wang, | CASE NO. CV11-02624 PSG (SSx) |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT *EX PARTE* APPLICATION FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT** |
| vs. | |
| The Bear Stearns Companies LLC (formerly known as The Bear Stearns Companies, Inc.); J.P. Morgan Securities LLC (formerly known as Bear, Stearns & Co., Inc.); J.P. Morgan Clearing Corp. (formerly known as Bear, Stearns Securities Corp.); Deloitte & Touche LLP; Alan D. Schwartz; Alan C. Greenberg; Joey Zhou; Garrett Bland, | [Joint *Ex Parte* Application and Declaration of J. Durrant filed and served concurrently herewith]<br><br>Judge: Hon. Philip S. Gutierrez<br>Dept.    880<br>Complaint Served: Between April 4, 2011 and April 29, 2011<br>Current Response Date: June 24, 2011<br>New Response Date: September 22, 2011 |
| Defendants. | Trial Date: TBD |

## [PROPOSED] ORDER

WHEREAS the current date to respond to the Complaint in the above-captioned matter is June 24, 2011;

WHEREAS, plaintiff Vivine H. Wang has opposed a transfer of this matter to the multidistrict litigation pending in the United States District Court for the Southern District of New York entitled *In re: The Bear Stearns Companies Inc. Securities, Derivative and Employee Retirement Income Security Act (ERISA) Litigation*, MDL No. 1963 (the "Bear Stearns MDL Litigation") for coordinated or consolidated pretrial proceedings;

WHEREAS, the Panel for the Bear Stearns MDL Litigation has not yet ruled on whether this matter should be transferred;

WHEREAS, good cause exists to grant defendants The Bear Stearns Companies LLC, J.P. Morgan Securities LLC, J.P. Morgan Clearing Corp., Deloitte & Touche LLP, Alan D. Schwartz, Alan C. Greenberg, Joe Yi Zhou, and Garrett Bland (collectively, "Defendants") an extension of time to answer, move against, or otherwise respond to the Complaint to and until the earlier of the following: (1) September 22, 2011; or (2) thirty (30) days after a decision by the MDL Panel not to transfer this case to the Bear Stearns MDL Litigation;

It is hereby ORDERED that the Court grants Defendants an extension of time to answer, move against, or otherwise respond to the Complaint to and until the earlier of the following: (1) September 22, 2011; or (2) thirty (30) days after a decision by the MDL Panel not to transfer this case.

IT IS SO ORDERED.

DATED:

By: _____
Hon. Philip S. Gutierrez
United States District Court Judge

LEGAL_US_W # 68310486.4

-2-

[PROPOSED] ORDER GRANTING APPLICATION FOR AN EXTENSION OF TIME