WILLIAM F. SULLIVAN (SB# 78353)
williamsullivan@paulhastings.com
JOHN S. DURRANT (SB# 217345)
johndurrant@paulhastings.com
KATHRYN C. WANNER (SB# 269310)
kathrynwanner@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

Attorneys for Defendants
The Bear Stearns Companies LLC; J.P. Morgan
Securities LLC; J.P. Morgan Clearing Corp.; Alan C.
Greenberg; Joe Yi Zhou; and Garrett Bland

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Vivine H. Wang,<br><br>Plaintiff,<br><br>vs.<br><br>The Bear Stearns Companies LLC (formerly known as The Bear Stearns Companies, Inc.); J.P. Morgan Securities LLC (formerly known as Bear, Stearns & Co., Inc.); J.P. Morgan Clearing Corp. (formerly known as Bear, Stearns Securities Corp.); Deloitte & Touche LLP; Alan D. Schwartz; Alan C. Greenberg; Joey Zhou; Garrett Bland,<br><br>Defendants. | CASE NO. CV11-02624 PSG (SSx)<br><br>**PROOF OF SERVICE**<br><br><br>Judge: Hon. Philip S. Gutierrez<br>Dept. 880<br>Complaint Served: Between April 4, 2011 and April 29, 2011<br>Current Response Date: June 24, 2011<br>New Response Date: September 22, 2011<br><br>Trial Date: TBD |

## PROOF OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 515 South Flower Street, Twenty-Fifth Floor, Los Angeles, California 90071-2228. On June 20, 2011, I served a copy of the within document(s):

1. **DEFENDANTS' JOINT EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT AND MEMORANDUM OF POINTS AND AUTHORITIES**

2. **DECLARATION OF JOHN S. DURRANT IN SUPPORT OF DEFENDANTS' JOINT EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

3. **[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

[X] **VIA FACSIMILE:**
By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on June 20, 2011. The facsimile transmission report indicated that the transmission was complete and without error.

Mohammed Ghods, Esq.
Ghods Law Firm
2100 N. Broadway
Suite 300
Santa Ana, California 92706
Tel: (714) 558-8580
Fax: (714) 558-8579

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 20, 2011, at Los Angeles, California.

_____
Teresa Rodriguez