| | |
|---|---|
| 1 | WILLIAM F. SULLIVAN (SB# 78353) |
| | williamsullivan@paulhastings.com |
| 2 | JOHN S. DURRANT (SB# 217345) |
| | johndurrant@paulhastings.com |
| 3 | KATHRYN C. WANNER (SB# 269310) |
| | kathrynwanner@paulhastings.com |
| 4 | PAUL HASTINGS LLP |
| | 515 South Flower Street |
| 5 | Twenty-Fifth Floor |
| | Los Angeles, CA 90071-2228 |
| 6 | Telephone: (213) 683-6000 |
| | Facsimile: (213) 627-0705 |

Attorneys for Defendants
The Bear Stearns Companies LLC; J.P. Morgan Securities LLC; and J.P. Morgan Clearing Corp.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Vivine H. Wang, | CASE NO. CV11-02624 PSG (SSx) |
| Plaintiff, | **NOTICE OF CHANGE OF FIRM NAME** |
| vs. | |
| The Bear Stearns Companies LLC (formerly known as The Bear Stearns Companies, Inc.); J.P. Morgan Securities LLC (formerly known as Bear, Stearns & Co., Inc.); J.P. Morgan Clearing Corp. (formerly known as Bear, Stearns Securities Corp.); Deloitte & Touche LLP; Alan D. Schwartz; Alan C. Greenberg; Joey Zhou; Garrett Bland, | The Hon. Philip S. Gutierrez |
| Defendants. | |

LEGAL_US_W # 68680043.1

NOTICE OF CHANGE OF FIRM NAME

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Paul, Hastings, Janofsky & Walker LLP, counsel to Defendants The Bear Stearns Companies LLC; J.P. Morgan Securities LLC; and J.P. Morgan Clearing Corp., is now known as Paul Hastings LLP. Paul Hastings LLP is the successor in interest to Paul, Hastings, Janofsky & Walker LLP.

DATED: July 26, 2011

WILLIAM F. SULLIVAN
JOHN S. DURRANT
KATHRYN C. WANNER
PAUL HASTINGS LLP

By:    /s/ John S. Durrant
            JOHN S. DURRANT

Attorneys for Defendants
The Bear Stearns Companies LLC; J.P. Morgan Securities LLC; and J.P. Morgan Clearing Corp.

LEGAL_US_W # 68680043.1

-2-   NOTICE OF CHANGE OF FIRM NAME