Name & Address:
JOHN S. DURRANT (SB#217345)
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| VIVINE H. WANG, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV11-02624-PSG (SSx) |
| v. | |
| THE BEAR STEARNS COMPANIES LLC, et al., | **NOTICE OF CHANGE OF ATTORNEY INFORMATION** |
| DEFENDANT(S). | |

**The following information must be provided:**

I, __John S. Durrant__, __217345__, __johndurrant@paulhastings.com__
    *Name*      *CA Bar ID Number*      *E-mail Address*

☒ am counsel of record or ☐ out-of-state attorney in the above-entitled cause of action for the following party(s)
Defendants The Bear Stearns Companies LLC; J.P. Morgan Securities LLC; and J.P. Morgan Clearing Corp.

and am requesting the following change(s):

> THIS SECTION MUST BE COMPLETED IF YOUR E-MAIL ADDRESS IS TO BE ADDED.
> I ☐ consent ☐ do not consent to receive service of documents by electronic means in accordance with Fed. R. Civ. P. 5(b)(2)(E) and 77 (d), and Fed. R. Crim. P. 49(b)-(d).

***SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:***

☒ **TO UPDATE NAME OR FIRM INFORMATION:**
    ☒ I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.
        PROVIDE ONLY THE INFORMATION THAT HAS CHANGED

Attorney Name changed to _____
New Firm/Government Agency Name __PAUL HASTINGS LLP__
New Address _____
New Telephone Number _____   New Facsimile Number _____
New E-mail address _____

☐ **TO BE ADDED AS COUNSEL OF RECORD:** CHECK ONE BOX
    ☐ I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____
    ☐ This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

G-06 (10/10)      NOTICE OF CHANGE OF ATTORNEY INFORMATION      Page 1 of 2



IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

Attorney Name _____ CA State Bar Number _____
Firm/Government Agency Name _____
Address: _____
Telephone Number _____ Facsimile Number _____
New E-mail address _____

☐ TO BE REMOVED FROM THE CASE: **

☐ I am ☐ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action.

CHECK ONE BOX

☐ The order relieving me/the aforementioned attorney from my firm was filed on: _____

☐ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who are counsel of record in this case.

☐ I am ☐ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

**This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01,*Request for Substitution of Attorney* and G-01ORDER, *Order on Request for Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.

Date: July 27, 2011

_____
Signature of Attorney of Record / Attorney for the Firm
JOHN S. DURRANT

**PLEASE NOTE:** CM/ECF users must update their account information in the system pursuant to the General Order authorizing electronic filing, in addition to filing this Notice of Change of Attorney Information. A separate Notice must be filed in every pending case pursuant to Local Rule 83–2.7.